JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JERRY BAILEY,<br><br>Petitioner,<br><br>v.<br><br>WARDEN C.V.S.P.,<br><br>Respondent. | Case No. CV 20-10685-DOC (DFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition,

IT IS HEREBY ADJUDGED that that this action is dismissed.

Date: March 3, 2021

_____
DAVID O. CARTER
United States District Judge